■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TRAVIOUS J. SMITH, Appellant. [874 NYS2d 344]—Appeal from a judgment of the Monroe County Court (Frank P. Geraci, Jr., J.), rendered August 23, 2004. The judgment convicted defendant, upon a jury verdict, of criminal possession of a weapon in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: On appeal from a judgment convicting him upon a jury verdict of criminal possession of a weapon in the second degree (Penal Law § 265.03 [former (2)]), defendant contends that the verdict is against the weight of the evidence. Viewing the evidence in light of the elements of the crime as charged to the jury (*see People v Danielson*, 9 NY3d 342, 349 [2007]), we conclude that defendant's contention is without merit (*see generally People v Bleakley*, 69 NY2d 490, 495 [1987]). We accord great deference to the jury's resolution of credibility issues (*see People v Catlin*, 41 AD3d 1199, 1200 [2007], *lv denied* 9 NY3d 873 [2007]), and here "[t]he jury was entitled to credit the testimony of the witness[ ] who indicated that [she] observed defendant in possession of a loaded weapon and believed, under the circumstances, that defendant intended to use the weapon against another" (*People v Hunter*, 46 AD3d 1417, 1417 [2007], *lv denied* 10 NY3d 812 [2008]). Finally, we conclude that the sentence is not unduly harsh or severe. Present—Scudder, P.J., Martoche, Centra, Fahey and Peradotto, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTWON R. WILSON, Appellant. [872 NYS2d 346]—Appeal from a judgment of the Niagara County Court (Peter L. Broderick, Sr., J.), rendered August 21, 2007. The judgment convicted defendant, upon his plea of guilty, of sexual abuse in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Lococo*, 92 NY2d 825, 827 [1998]). Present—Scudder, P.J., Martoche, Centra, Fahey and Peradotto, JJ.